UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER SAGE,<br><br>          Plaintiff,<br><br>     v.<br><br>EUREKA CITY SCHOOLS,<br><br>          Defendant. | Case No. 16-cv-00595-VC<br><br>**ORDER REQUESTING RESPONSE TO APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 5 |

The defendant is ordered to respond to the TRO application by Monday, February 8, at 5 p.m. If the plaintiff has not served the defendant yet, he must do so by 4 p.m. today. Service must include all papers filed in the case, as well as a copy of this order. The court will inform the parties if a hearing on the TRO application is needed.

**IT IS SO ORDERED.**

Dated: February 4, 2016

_____
VINCE CHHABRIA
United States District Judge